# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      vs.<br><br>JOSE LUIS YANEZ-LIMON,<br><br>                    Defendant. | CASE NO. 14-cr-00988-BEN<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**_x_**   an indictment has been filed in case 14CR1427-BEN against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_\_\_\__   the Court has dismissed the case for unnecessary delay; or

_\_\_\__   the Court has granted the motion of the Government for dismissal, without prejudice; or

_\_\_\__   the Court has granted the motion of the defendant for a judgment of acquittal; or

_\_\_\__   a jury has been waived, and the Court has found the defendant not guilty; or

_\_\_\__   the jury has returned its verdict, finding the defendant not guilty;

**_X_**   of the offense(s) as charged in the Indictment/Information:

    8:1326 (a),(b) - Attempted Reentry of Removed Alien (Felony)(1)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/27/2014

                                                      Barbara L. Major
                                                      U.S. Magistrate Judge